UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ALAN SALETKO | ) | CASE NO. 11-84010 |
| LEANNA H. SALETKO | ) | |
| | ) | |
| Debtor(s) | ) | |

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION**

TO:  Wells Fargo Home Mortgage                Codilis & Associates PC
     (Creditor Name)                          (Creditor's Attorney Name)
     1 Home Campus Bankruptcy                 Bankruptcy Department
     (Creditor Address)                       (Creditor's Attorney Address)
     Bankruptcy Payment Processing            15W030 N. Frontage Rd., Suite 100

     MAC# X2302-04C                           Burr Ridge, IL  60527

     Des Moines, IA  50328

     008 / 3 / 7832
     (Trustee Claim # / Court Claim # / Acct #)


     Wells Fargo Home Mortgage
     8480 Stagecoach Circle
     Frederick, MD  21701


     Alan Saletko                             Geraci Law, LLC
     (Debtor's Name)                          (Debtor's Attorney Name)
     Leanna H. Saletko                        Attorney Jason M. Shimotake
     (Debtor's Address)                       (Debtor's Attorney Address)
     642 Auburn Court                         55 E. Monroe Street, #3400

     Crystal Lake, IL  60014                  Chicago, IL  60603

     11-84010
     (Case Number)

THIS NOTICE IS HEREBY GIVEN BY THE CHAPTER 13 TRUSTEE, LYDIA S. MEYER, THAT THE NOTICE OF CURE FILED ON NOVEMBER 30TH, 2012 WAS FILED IN ERROR AND IS HEREBY WITHDRAWN.

/s/Lydia S. Meyer
LYDIA S. MEYER, Trustee

## CERTIFICATE OF MAILING

The undersigned certifies that a copy of the foregoing notice was mailed to the Debtor(s), Debtor(s) attorney of record, and creditor to addresses listed above in envelopes bearing first class postal indicia on the 7th day of December, 2012.

/s/Cynthia K. Burnard

LYDIA S. MEYER, Trustee
308 W. State Street, Suite 212
P.O. Box 14127
Rockford, IL  61101-4127
Telephone:  815/968-5354
Fax:  815/968-5368