UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: ALAN SALETKO                    §        Case No. 11-84010
       LEANNA H. SALETKO               §
                                       §
              Debtor(s)                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)   The case was filed on  09/13/2011.

2)   The plan was confirmed on  11/09/2012.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on  NA.

4)   The Trustee filed action to remedy default by the debtor(s) in performance under the plan on  NA.

5)   The case was completed on  06/27/2016.

6)   Number of months from filing or conversion to last payment:  57.

7)   Number of months case was pending:  60.

8)   Total value of assets abandoned by court order:  NA.

9)   Total value of assets exempted:  $48,610.00.

10)  Amount of unsecured claims discharged without full payment:  $134,293.27.

11)  All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 144,324.00 | |
| Less amount refunded to debtor(s) | $ 764.00 | |
| **NET RECEIPTS** | | $ 143,560.00 |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,850.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 8,812.19 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 11,662.19 |
| Attorney fees paid and disclosed by debtor(s): | $ 650.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,850.00 | 0.00 |
| BANK OF AMERICA NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF WATER | Sec | 2,008.05 | 2,008.05 | 2,008.05 | 2,008.05 | 225.90 |
| CITY OF CHICAGO DEPT OF WATER | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 80,796.00 | 82,487.30 | 82,487.30 | 42,856.63 | 0.00 |
| RANDALL VILLAGE CONDO ASSOC | Uns | 289.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Sec | 0.00 | 6,256.30 | 6,256.30 | 6,256.30 | 0.00 |
| ADVANCED CARDIOLOGY | Uns | 24.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Uns | 3,438.00 | 3,438.22 | 3,438.22 | 1,786.34 | 0.00 |
| APELLES | Uns | 865.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 3,138.00 | 3,233.59 | 3,233.59 | 1,680.03 | 0.00 |
| CASHBANC | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 8,392.00 | 8,982.26 | 8,982.26 | 4,666.77 | 0.00 |
| J.P.MORGAN CHASE N.A. AS | Uns | 34,945.00 | 33,717.90 | 33,717.90 | 17,518.28 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 5,586.00 | 5,765.85 | 5,765.85 | 2,995.67 | 0.00 |
| CHICAGO HOUSING AUTHORITY | Uns | 2,521.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EAST SIDE LENDERS | Uns | 800.00 | 1,330.00 | 1,330.00 | 691.01 | 0.00 |
| GEMB / HOME DESIGN | Uns | 1,066.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Uns | 722.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 8,392.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 272.00 | 311.54 | 311.54 | 161.86 | 0.00 |
| LABORATORY CORP OF AMERICA | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Uns | 7.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF BRIAN S GLASS | Uns | 11,540.00 | 8,207.39 | 8,207.39 | 4,264.18 | 0.00 |
| RANDALL VILLAGE CONDO ASSOC | Uns | 290.00 | NA | NA | 0.00 | 0.00 |
| SANDPOINT CAPITAL LLC | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Uns | 378.00 | NA | NA | 0.00 | 0.00 |
| TLC FASTCASH | Uns | 279.00 | NA | NA | 0.00 | 0.00 |
| VIP LOAN SHOP | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| WEATHERGUARD CONSTRUCTION | Uns | 2,200.00 | NA | NA | 0.00 | 0.00 |
| ZIP19 | Uns | 804.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Uns | 0.00 | 1,464.83 | 1,464.83 | 761.06 | 0.00 |
| CITY OF CHICAGO DEPARTMENT | Uns | 0.00 | 1,642.48 | 1,642.48 | 853.36 | 0.00 |
| CITY OF CHICAGO DEPARTMENT | Uns | 0.00 | 365.57 | 365.57 | 189.94 | 0.00 |
| CITY OF CHICAGO DEPARTMENT | Uns | 0.00 | 1,642.48 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPARTMENT | Uns | 0.00 | 365.57 | 0.00 | 0.00 | 0.00 |
| INLAND MORTGAGE SERVICING | Uns | 0.00 | 50,167.50 | 50,167.50 | 26,064.73 | 0.00 |
| JP MORGAN CHASE BANK N.A. | Uns | 0.00 | 35,293.54 | 35,293.54 | 18,336.91 | 0.00 |
| AMERICAN INFOSOURCE AS | Uns | 0.00 | 1,117.86 | 1,117.86 | 580.79 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 8,264.35 | $ 8,264.35 | $ 225.90 |
| **TOTAL SECURED:** | $ 8,264.35 | $ 8,264.35 | $ 225.90 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 237,525.83 | $ 123,407.56 | $ 0.00 |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $ 11,662.19 | |
| Disbursements to Creditors | $ 131,897.81 | |
| | | |
| **TOTAL DISBURSEMENTS:** | | $ 143,560.00 |

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  09/16/2016                    By:  /s/ Lydia S. Meyer
                                              Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)